UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | ) | |
|---|---|---|
| JOE LENZIE TURNER, | ) | |
| Petitioner, | ) | No. 1:14-CV-77 JAR |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Extension of Time to File Supplemental Motions (ECF No. 8). Therein, Petitioner asks the Court for permission to supplement his §2255 habeas petition. Without a proposed pleading, however, the Court is unable to assess the validity of Petitioner's request. The Court, therefore, orders Petitioner to file a motion for leave to file a supplement to his §2255 habeas petition, which must include the proposed supplement to the petition. Petitioner shall file his motion for leave to supplement his §2255 habeas petition within 30 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to file Supplemental Motions [8] is **DENIED**, without prejudice.

**IT IS FURTHER ORDERED** that Petitioner shall file his motion for leave to supplement his §2255 habeas petition, which must include the proposed supplement to the petition, within 30 days of the date of this Order.

Dated this 3rd day of September, 2014.

                                                                                       /s/ John A. Ross\
**JOHN A. ROSS**\
**UNITED STATES DISTRICT JUDGE**